IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES BRYAN FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-cv-84 |
| ) | (Jordan/Shirley) |
| TENNESSEE DEPARTMENT OF SAFETY, ) | |
| an agency of the State of Tennessee, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

The plaintiff seeks an extension of time to fully respond to the First Set of Interrogatories and Request for Production of Documents filed by the defendants Tennessee Department of Safety, Commissioner Fred Phillips, and Deputy Commissioner Tom Moore. These discovery requests are the subject of the defendants' Motion to Compel [Doc. 53] which has been referred to the undersigned for disposition. [Doc. 54].

The motion also sought alternative relief, namely for a stay of discovery pending a ruling on the motion for summary judgment filed by defendants Captain Charles Laxton, L. Colonel Larry Rucker, and Colonel Lynn Pitts. [Doc. 55]. The plaintiff, however, subsequently filed a motion (titled a Motion to Amend Motion for Enlargement of Time to Respond to Discovery Requests of Defendants Fred Phillips, Tom Moore, and Tennessee Department of Safety Filed December 6, 2005) [Doc. 60], seeking to withdraw this request for alternative relief. For good cause

shown, the plaintiff's motion [Doc. 60] is **GRANTED**, and the request for a discovery stay is **WITHDRAWN**.

For good cause shown, the plaintiff's Motion for Enlargement of Time To Respond to the First Set of Interrogatories and Request for Production of Documents Filed by Defendants Tennessee Department of Safety, Commissioner Fred Phillips, and Deputy Commissioner Tom Moore [Doc. 55] is **GRANTED**. The plaintiff shall fully respond to these discovery requests and file a response to the defendants' motion to compel on or before **December 30, 2005**.

**IT IS SO ORDERED.**

                                        **ENTER:**

                                          s/ C. Clifford Shirley, Jr.
                                          United States Magistrate Judge