IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES BRYAN FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-cv-84 |
| ) | (Jordan/Shirley) |
| TENNESSEE DEPARTMENT OF SAFETY, ) | |
| an agency of the State of Tennessee, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 54] of the Honorable Leon Jordan, United States District Judge, for disposition of the defendants' Motion to Compel [Doc. 53].

Defendants' counsel has advised the Court that she has received the plaintiff's responses to the defendants' interrogatories. In reviewing the responses, counsel states that she found some of the responses to be inadequate, but that she will endeavor to resolve these issues with plaintiff's counsel. Accordingly, the defendants' Motion to Compel [Doc. 53] is **DENIED AS MOOT**. Should the parties be unable to resolve their disputes regarding the plaintiff's interrogatory responses, the defendants shall have leave to file another motion to compel.

**IT IS SO ORDERED.**

                                                **ENTER:**

                                                  s/ C. Clifford Shirley, Jr.
                                                United States Magistrate Judge